IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORDAN SCOTT GRAVES,

    Plaintiff,

v.                                              No. 2:24-cv-01032-KRS

SANTA FE COMMUNITY COLLEGE,

    Defendant.

## ORDER FOR DEFENDANT'S ADDRESS

    Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915.  *See* Doc. 5, filed October 16, 2024.  The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]").  28 U.S.C. § 1915(d).  The Court notified Plaintiff that: "The Court will order service only after Plaintiff files: (i) an amended complaint that states a claim over which the Court has jurisdiction; and (ii) a motion for service which provides each Defendant's address."  Doc. 5.  Plaintiff has satisfied the first requirement (Doc. 6), but not the second one.  That is, he has not filed a motion for service which provides Defendant's address.

    **IT IS ORDERED** that Plaintiff shall, within 21 days of entry of this Order, file a motion for service which provides Defendant's address.  Failure to timely file a motion for service may result in dismissal of this case.

    IT IS SO ORDERED this 7th day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE