IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JORDAN SCOTT GRAVES,

      Plaintiff,

v.                                                                                      No. 2:24-cv-01032-GBW-KRS

SANTA FE COMMUNITY COLLEGE,

      Defendant.

## ORDER REGARDING SERVICE

The statute governing proceedings *in forma pauperis*, 28 U.S.C. § 1915, provides that "officers of the court shall issue and serve all process, and perform all duties in [proceedings *in forma pauperis*]"). 28 U.S.C. § 1915(d). Because Plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915, the Court grant's Plaintiff's motion for service (Doc. 9) and orders the Clerk of the Court to notify Defendant, at the address provided by Plaintiff, that an action has been commenced and request that Defendant waive service pursuant to Fed. R. Civ. P. 4(d).

**IT IS ORDERED** that the Clerk of the Court notify Defendant that an action has been commenced and request that Defendant waive service pursuant to Fed. R. Civ. P. 4(d). The notice shall include a copy of this Order, a waiver of service form, and a copy of Plaintiff's Amended Complaint, Doc. 6, filed November 5, 2024. The Clerk shall mail the notice, waiver of service form, a copy of this Order and a copy of the Complaint to Defendant at the following address:

    Santa Fe Community College
    6401 Richards Ave.
    Santa Fe, NM 87508

If the docket shows that Defendant did not return the waiver within 45 days after mailing of the notice, waiver form, and copy of the Amended Complaint, then Plaintiff shall file a motion requesting that officers of the Court serve a copy of the summons and Amended Complaint on Defendant.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

cc: Pro Se Plaintiff, by U.S. Mail.