**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JORDAN SCOTT GRAVES,

    Plaintiff,

v.                                                                                  No. 2:24-cv-1032-SMD-KRS

SANTA FE COMMUNITY COLLEGE,

    Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

    At the Rule 16 scheduling conference held on May 14, 2025, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED this 14th day of May, 2025**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE